Robert L. Weigel
Howard S. Hogan
Alison L. Wollin
Anne M. Coyle
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-14

*Attorneys for Plaintiffs Gucci America, Inc.,*
*Balenciaga S.A., Balenciaga America, Inc.,*
*Bottega Veneta S.A., Bottega Veneta Inc.,*
*Yves Saint Laurent America, Inc.,*
*Luxury Goods International (L.G.I.) S.A.,*
*and Kering S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GUCCI AMERICA, INC.; BALENCIAGA S.A.;
BALENCIAGA AMERICA, INC.; BOTTEGA
VENETA S.A.; BOTTEGA VENETA INC.; YVES
SAINT LAURENT AMERICA, INC.; LUXURY
GOODS INTERNATIONAL (L.G.I.) S.A.; and
KERING S.A.,

        Plaintiffs,

    -against-

ALIBABA GROUP HOLDING LTD.;
ALIBABA.COM HONG KONG LTD.;
ALIBABA.COM LTD.; ALIBABA.COM
INVESTMENT HOLDING LTD.; ALIBABA.COM
INVESTMENT LTD.; ALIBABA (CHINA)
TECHNOLOGY CO., LTD.; ALIBABA.COM, INC.;
TAOBAO HOLDING LTD.; TAOBAO CHINA
HOLDING LTD.; TAOBAO (CHINA) SOFTWARE
CO., LTD.; ALIPAY.COM CO., LTD.;
HANGZHOU YANBEI TRADING CO., LTD.;
YIWU BOTHWINER FASHION ACCESSORY
CO., LTD.; GUANGZHOU YONGXING LEATHER
GOODS MFG.; DONGGUAN HUAWANG
LEATHER CO., LTD.; SHEN ZHEN AIERS
WATCH CO., LTD.; SHENZHEN MEIGEER
WATCH CO., LTD.; SHENZHEN BABYLON

2014 Civ. 5119 (PKC)

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE AGAINST**
**CERTAIN DEFENDANTS PURSUANT**
**TO F.R.C.P. 41(a)(1)A)(i)**

SO ORDERED
[signature]
USDJ
7-24-14

WATCH CO., LTD.; VANCS WHERE BOUTIQUE; :
SPRING RAIN LEATHER GOODS; CELEBRITY :
SHOE; JINLONG LUXURY CITY; GUCCI :
FASHION SHOP; LADYLIDY SHOP; COCO :
FASHION STYLE; HUIMING LEATHER MALL; :
HONG KONG LONGITUDE AND LATITUDE :
INTERNATIONAL TRADING; FASHION ZONE :
LTD.; STAR FACTORY; XIAOHUI JIN'S STORE; :
and JOHN DOES, :
　　　　　　　　　　　　　　　　　　　 :
　　　　　　Defendants. :
　　　　　　　　　　　　　　　　　　　 :
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(i), Plaintiffs Gucci America, Inc., Balenciaga, S.A., Balenciaga America, Inc., Bottega Veneta S.A., Bottega Veneta Inc., Yves Saint Laurent America, Inc., Luxury Goods International (L.G.I.) S.A., and Kering S.A. (collectively, "Plaintiffs"), by their undersigned attorneys, hereby give notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, as against the defendants Alibaba Group Holding Ltd., Alibaba.com Hong Kong Ltd., Alibaba.com Ltd., Alibaba.com Investment Holding Ltd., Alibaba.com Investment Ltd., Alibaba (China) Technology Co., Ltd., Alibaba.com, Inc., Taobao Holding Ltd., Taobao China Holding Ltd., Taobao (China) Software Co., Ltd., and Alipay.com Co., Ltd.  This notice does not dismiss claims against the remaining defendants.

By: /s/
Robert Weigel
Howard S. Hogan
Alison L. Wollin
Anne M. Coyle

GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc., Balenciaga S.A., Balenciaga America, Inc., Bottega Veneta S.A., Bottega Veneta Inc., Yves Saint Laurent America, Inc., Luxury Goods International (L.G.I.) S.A., and Kering S.A.*